IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | NO. 19-402-4 |
| EDWARD BURGESS : | |

## ORDER

**AND NOW**, this 20th day of September 2021, upon consideration of Defendant Edward Burgess' Motion to Suppress Physical Evidence (ECF No. 220) and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:


 /s/ R. Barclay Surrick
**R. BARCLAY SURRICK, J.**